JACK LANZELLOTTO, Respondent, v. ROSOFF TUNNEL CORP., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

NEW YORK PLUMBERS' SPECIALTIES CO., INC., Respondent, v. ANTON EILERS (Sued Herein as " ANTHONY " EILERS), Appellant, Impleaded with Another, etc., Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VICTOR KLOTZ, Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted, on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

GENERAL INVESTMENT CORPORATION, Appellant, v. ERNEST B. WARRINER and Others, Respondents, Impleaded with Others, Defendants.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of JULIUS LATTANZI, as Executor, etc., of CIALDINO LATTANZI, Deceased. IDA RAGAN and Others, Distributees, Appellants; JULIUS LATTANZI, Executor-Accountant, Respondent; HELEN BEAUDINE and Others, Distributees, Respondents.— Order, so far as appealed from, unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

ELIZABETH PEISSAK-ABT, Respondent, v. EUGENE PEISSAK-ABT, Appellant.— Order unanimously modified by eliminating counsel fee and reducing alimony to the sum of five dollars per week for the support and maintenance of the infant issue of the parties, and, as so modified, affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

LOUIS LLADO FARRELL and Others, Appellants, v. MORRIS L. FLORENCE, Respondent, Impleaded with Others, Defendants.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted as prayed for in the notice of motion. (See *National City Bank* v. *Gelfert*, 284 N. Y. 13.) Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application of GEORGE H. EBERLE, Respondent, for an Order against FIORELLO H. LAGUARDIA, as Mayor, and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.; Callahan, J., dissents. [175 Misc. 272.]

In the Matter of the Arbitration of Certain Controversies between VANETTA VELVET CORP., Respondent, against PERFECT JUNIOR, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

STEPHEN TAMAS, Respondent, v. TWENTIETH CENTURY-FOX FILM CORPORATION, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.